# TIFFANY & BOSCO
### P.A.

MEGAN E. LEES (SBN 277805)
mel@tblaw.com
ROBERT P. ZAHRADKA (SBN 282706)
rpz@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503

Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA1
T&B File No.: 19-80272

**UNITED STATES BANKRUPTCY COURT**

**Northern District of California-Oakland Division**

| In Re: | Bankruptcy No. 19-40336-CN |
|---|---|
| Rosaline Norine Weathers | Chapter 13 |
| Debtor | **WITHDRAWAL OF PROOF OF CLAIM No. 3-1** |

**TO THE DEBTOR, THE DEBTOR'S ATTORNEY, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA1 by and through its attorney of record, withdraws its Proof of Claim No. 3-1, filed in the above-captioned case on March 20, 2019.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2019 | /s/ Robert P. Zahradka |

Dated: March 20, 2019       /s/ Robert P. Zahradka
ROBERT P. ZAHRADKA (SBN 282706)
Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA1
T&B File No.: 19-80272

# TIFFANY & BOSCO
## P.A.

MEGAN E. LEES (SBN 277805)
mel@tblaw.com
ROBERT P. ZAHRADKA (SBN 282706)
rpz@tblaw.com
1230 Columbia Street, Suite 680
San Diego, CA 92101
Tel.: (619) 501-3503

Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA1
T&B File No.: 19-80272

**UNITED STATES BANKRUPTCY COURT**

**Northern District of California- Oakland Division**

| | |
|---|---|
| In Re: | Bankruptcy No. 19-40336-CN |
| Rosaline Norine Weathers | Chapter 13 |
|     Debtor | **CERTIFICATE OF SERVICE** |

    I, CORTNEY MASSEY, whose business address appears below, certify that I am, and at all times hereinafter mentioned, more than 18 years of age. On March 21, 2019, I caused to be served true and correct copies of the following document(s):

**PROOF OF CLAIM**

    To the following:

                        **SEE ATTACHED SERVICE LIST**

    [X]  (BY U.S. MAIL) I am readily familiar with the practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence placed for collection is deposited with the United States Postal Service with the postage thereon fully prepaid on the same day. On the date stated above, I

placed an original or true copy of the foregoing document(s) described herein in an addressed, stamped, sealed envelope for collection and mailing following ordinary business practices.

[X] (BY CM/ECF) I am readily familiar with the practices of this office for filing and servicing of documents by electronic means. Under that practice, the person(s) to be served are confirmed to be registered participants in the Electronic Filing System and that such person(s) are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. On the date stated above, I caused an electronic copy of the foregoing document(s) described herein to be electronically filed and served in the above-captioned case following ordinary business practices.

[ ] (BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: _____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 21, 2019        By:  /s/  CORTNEY MASSEY
                                  **1230 Columbia Street, Suite 680, San Diego, CA 92101**
                                  TB File No.: 19-80272

<u>**SERVICE LIST**</u>

(In re Rosaline Norine Weathers, Case No: 19-40336-CN, United States Bankruptcy Court for the Northern District of California)

<u>SERVICE VIA FIRST-CLASS U.S. MAIL</u>

Rosaline Norine Weathers
3092 Middleton Street
Oakland, CA 94605
(DEBTOR)

<u>SERVICE VIA NOTICE OF ELECTRONIC FILING (NEF)</u>

Nathan David Borris
nateborris@gmail.com
(DEBTOR'S ATTORNEY)

Martha G. Bronitsky
13trustee@oak13.com
(CHAPTER 13 TRUSTEE)


Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov
(UNITED STATES TRUSTEE)